UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

FILED
U.S. DIST COURT
MIDDLE DIST OF LA

2007 JUN -4  A 10: 29

SIGN
BY DEPUTY CLERK

RAY ANTHONY SAMPAY (#118514)

VERSUS

KEVIN GRIFFIN, ET AL

CIVIL ACTION

NO. 06-360-A

**RULING**

The court, having carefully considered the motion, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Docia L. Dalby dated May 8, 2007 (doc. 51), to which no objection has been filed, hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein.

Accordingly, Dr. Mark Portacci's motion to dismiss is hereby granted dismissing the claims against him.  Plaintiff's claims against Col. Steve Moreau and Samuel Smith are dismissed pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii) and this matter is referred back to the magistrate judge for further proceedings on the plaintiff's excessive force claims against Kevin Griffin, Steve Barnard, Darren Cashio, Andrew Talley and Ronnie Plauche.

The court finds that there is no just reason for delay and under Rule 54(b), Fed.

R. Civ. Proc., judgment shall be entered in favor of Dr. Mark Portacci and Col. Steve Moreau and Samuel Smith.

Baton Rouge, Louisiana, June 1, 2007.

　　　　　　　　　　　　　　　　　　　　／s／ John V. Parker
　　　　　　　　　　　　　　　　　　　　JOHN V. PARKER, JUDGE
　　　　　　　　　　　　　　　　　　　　MIDDLE DISTRICT OF LOUISIANA