UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

RAY ANTHONY SAMPAY
(#118514)

VERSUS

KEVIN GRIFFIN, ET AL

CIVIL ACTION

NO. 06-360-A

## RULING
## ON DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

The court after carefully considering the motion, the record, the law applicable to this action, and the Report and Recommendation (doc. 88) of United States Magistrate Judge Docia L. Dalby, dated December 11, 2007, to which no objection has been filed, hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein.

Accordingly, defendants' motion for summary judgment (doc. 58) is hereby GRANTED and this action shall be dismissed.

Baton Rouge, Louisiana, January 4, 2008.

JOHN V. PARKER, JUDGE
MIDDLE DISTRICT OF LOUISIANA